**DISMISS; and Opinion Filed March 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00238-CV

### IN RE STEVEN C. PHILLIPS, Relator

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-03974**

## MEMORANDUM OPINION

Before Justices Bridges, Murphy, and Lewis
Opinion by Justice Lewis

The Court has before it relator's February 20, 2013 motion to dismiss petition for writ of

mandamus. We **GRANT** the motion and **DISMISS** this original proceeding.


/David Lewis/
DAVID LEWIS
JUSTICE